**MUSICK, PEELER & GARRETT LLP**
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

Steven J. Elie (State Bar No. 130566)
 *s.elie@musickpeeler.com*

Attorneys for Defendant STATE FARM GENERAL INSURANCE COMPANY ERRONEOUSLY NAMED AS STATE FARM INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW J. ESCHENBURG and MICHELLE D. ESCHENBURG,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY; and DOES 1 through 10,<br><br>Defendants. | Case No. 8:22-cv-1438<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441 (b) [DIVERSITY JURISDICTION]; DECLARATION OF STEVEN J. ELIE**<br><br>(Orange County Superior Court, Case No. 30-2022-01243513-CU-IC-CJC)<br><br>[*Filed Concurrently with Notice of Interested Entities or Persons and Civil Cover Sheet*]<br><br>**DEMAND FOR JURY TRIAL** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Defendant State Farm General Insurance Company removes this action from the Superior Court of the State of California for the County of Orange to the United States District Court, Central District of California, Southern Division, pursuant to 28 U.S.C. §§1332, 1441(a), (b), and 84(c)(2). Removal is proper for the following reasons.

## I. INTRODUCTION

1. On February 2, 2022, Plaintiffs Matthew J. Eschenburg and Michelle D. Eschenburg ("Plaintiffs"), filed a Complaint against Defendant State Farm General Insurance Company ("State Farm"), an Illinois Corporation, in the Superior Court of California, County of Orange, Case No. 30-2022-01243513-CU-IC-CJC ("State Action"). A copy of the Complaint filed in the State Action is attached as Exhibit "A." The Complaint did not specify the amount in controversy.

2. Plaintiffs did not serve the Complaint in the State Action on State Farm until July 5, 2022. A copy of the Proof of Service of Summons is attached as Exhibit "B."

3. On August 2, 2022, State Farm filed an Answer to the Complaint in the State Action. A copy of State Farm's Answer filed in the State Action is attached as Exhibit "C."

4. Documents from the State Farm claim file indicate that Plaintiffs' estimated cost of repair is nearly $42,000. A copy of this documentation is attached hereto as Exhibit "D."

5. Removal to the United States District Court, Central District of California is proper because the Central District includes Orange County. 28 U.S.C. § 1441(a); *see also* 28 U.S.C. § 84(c)(2) (the Central District of California, Southern Division, includes Orange County).

6. As explained below, there is complete diversity of citizenship between Plaintiffs and State Farm, and the amount in controversy exceeds the Court's $75,000 jurisdictional minimum.

## II. THIS REMOVAL NOTICE IS TIMELY

7. Pursuant to 28 U.S.C. § 1446(b)(3), "a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."

8. State Farm was served on July 5, 2022. This Notice of Removal is being filed within 30 days of service. Also, the case is being removed within one year of its original filing on February 2, 2022.

### III. THIS COURT HAS ORIGINAL JURISDICTION OVER THIS ACTION

9. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which State Farm may remove to this Court under 28 U.S.C. § 1441(b), based on diversity of citizenship.

10. State Farm is informed and believes that Plaintiffs are, and at all relevant times was and remains, a citizen of the State of California.

11. State Farm is a corporation organized under the laws of Illinois, and has its principal place of business in Illinois. Attached as Exhibit "E" to the attached Declaration of Steven J. Elie is a copy of the Jurat page from a recently filed Annual Statement that State Farm filed with the Insurance Commissioner evidencing that State Farm is a corporation organized under the laws of Illinois, with its principal place of business in Bloomington, Illinois.

### IV. THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

12. The allegations in Plaintiffs' Complaint, coupled with the documentation provided by Plaintiffs demonstrate that the amount in controversy exceeds $75,000, exclusive of interest and costs. U.S.C. §1332(a). Plaintiffs allege causes of action for (1) breach of contract, (2) bad faith tortious breach of the covenant of good faith and fair dealing, and (3) declaratory relief arising out of an insurance policy issued to Plaintiffs by State Farm. (See Exhibit "A".) In addition to alleged benefits due under the insurance policy of at least $41,708.83, Plaintiffs also seek extra-contractual damages as well as Brandt fees.

13. Therefore, as there is complete diversity of citizenship, and the amount in controversy exceeds $75,000, this Court has original jurisdiction over the case under 28 U.S.C. §1332(a).

## V. THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

14. State Farm has sought no similar relief with respect to this matter.

15. State Farm will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, Orange County, and will serve a copy on Plaintiffs, as required by 28 U.S.C. §1446(b).

16. Pursuant to 28 U.S.C. §1446(a), Exhibits "A," "B," and "C" are true copies of all process, pleadings, and orders filed and served in the State Action. Exhibit "D" contains the document Plaintiffs provided to State Farm consisting of the asserted cost of repairs.

17. The allegations of this Notice are true and correct, and this cause is within the jurisdiction of the United States District Court for the Central District of California.

DATED: August 3, 2022          MUSICK, PEELER & GARRETT LLP

By: _____
Steven J. Elie
Attorneys for Defendant STATE FARM GENERAL INSURANCE COMPANY ERRONEOUSLY NAMED AS STATE FARM INSURANCE COMPANY

MUSICK, PEELER & GARRETT LLP

2009097.1                              4
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441 (b) [DIVERSITY JURISDICTION]; DECLARATION OF STEVEN J. ELIE

# DECLARATION OF STEVEN J. ELIE

I, Steven J. Elie, declare as follows:

1. I am an attorney duly admitted to practice before this Court and all courts of the State of California. I am a partner with the law firm Musick, Peeler & Garrett LLP, counsel of record for Defendant State Farm General Insurance Company ("State Farm").

2. I make this Declaration in support of State Farm's Notice of Removal of Action Under 28 U.S.C. §§1332 and 1441(b) [Diversity Jurisdiction]. I submit the following information to meet State Farm's burden of proving that the amount in controversy exceeds the $75,000 jurisdictional minimum under 28 U.S.C. §§1332(a).

3. During the claim handling in this matter, Plaintiffs submitted an estimate of the costs of repair totaling $41,708.83. A true and copy of the document from State farm's files is attached hereto as Exhibit "D."

4. I have been practicing insurance coverage and bad faith law for almost 35 years in this District. In my experience, Brandt fees in a case such as this one will almost always exceed $50,000 and certainly $34,000.

5. Accordingly, I am informed and believe, based on the evidence described above, that Plaintiffs' claim, which is made to recover for damages for their roof which was allegedly covered, including attorney fees under Brandt, exceeds $75,000.00.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6. Attached as Exhibit "E" is a true and correct copy of a recent Annual Statement that State Farm filed with the National Association of Insurance Commissioners, which evidences that State Farm is organized and incorporated under the laws of Illinois, with its principal place of business in Bloomington, Illinois.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 3, 2022, at Los Angeles, California.

_____
Steven J. Elie