**MUSICK, PEELER & GARRETT LLP**
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

Steven J. Elie (State Bar No. 130566)
 s.elie@musickpeeler.com
Rebecca S. Hummel (State Bar No. 311742)
 r.hummel@musickpeeler.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW J. ESCHENBURG and MICHELLE D. ESCHENBURG,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY; and DOES 1 through 10,<br><br>Defendants. | Case No. 8:22-cv-01438 JWH(DFMx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Courtroom: 9D |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT**:

Pursuant to L.R. 40-2, Plaintiffs MATTHEW J. ESCHENBURG and MICHELLE D. ESCHENBURG and Defendant STATE FARM GENERAL INSURANCE COMPANY respectfully notify the Court that a settlement has been reached in this matter. The parties are in the process of preparing a formal settlement agreement. As a result, the parties jointly request that the Scheduling

Conference that is set for June 2, 2023 (ECF 19) be taken off of the Court's calendar.

DATED: April 4, 2023     LAW OFFICE OF MATTHEW J. ESCHENBURG

By:    /s/ Matthew J. Eschenburg
Matthew J. Eschenburg
Attorneys for Plaintiffs MATTHEW J. ESCHENBURG and MICHELLE D. ESCHENBURG

DATED: April 3, 2023     MUSICK, PEELER & GARRETT LLP

By:    /s/ Steven J. Elie
Steven J. Elie
Attorneys for Defendant STATE FARM GENERAL INSURANCE COMPANY