1  Matthew J. Eschenburg (SBN 198279)
   LAW OFFICES OF MATTHEW J.
2  ESCHENBURG
   eschenburgmatt@yahoo.com
3  5911 Kenbrook Drive
   Huntington Beach, California 92649
4  Telephone: 714-655-8197

5  Attorneys for Plaintiffs MATTHEW J.
   ESCHENBURG and MICHELLE D.
6  ESCHENBURG

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                       SOUTHERN DIVISION

| | |
|---|---|
| 11 MATTHEW J. ESCHENBURG and MICHELLE D. ESCHENBURG, | CASE NO.        8:22-CV-01438 JWH(DFMx) |
| 12                   Plaintiffs, | Assigned to: Hon. John W. Holcomb, Courtroom 9D |
| 13          v. | |
| 14 | |
| 15 STATE FARM INSURANCE COMPANY, and DOES 1 through 10, inclusive, | **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |
| 16                   Defendants. | Complaint Filed:  2/2/22 |
| 17 | |

18

19         Plaintiffs MATTHEW J. ESCHENBURG and MICHELLE D. ESCHENBURG hereby stipulate

20  under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all

21  claims, causes of actions, and parties, with each party bearing that party's own attorney's fees and costs.

22

23

24  Dated:      April 25, 2023                      LAW OFFICE OF MATTHEW J.
                                                    ESCHENBURG
25

26                                       By:  /s/ Matthew J. Eschenburg
                                             Matthew J. Eschenburg
27                                           Attorneys for Plaintiffs Matthew J.
                                             Eschenburg and Michelle D. Eschenburg
28

1    Dated:    April 25, 2023               MUSICK, PEELER & GARRETT, LLP

2

3                              By:  */s/ Steven J. Elie*

                                      Steven J. Elie

4                                      Attorneys for Defendant STATE FARM
INSURANCE COMPANY

STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL